CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WATSONVILLE ENTERPRISE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MARKWAYNE MULLIN[1], Secretary, United States Department, *et al.*<br><br>　　　　　Defendants. | Case no. 5:26-cv-02312-NW<br><br>**STIPULATION TO STAY PROCEEDINGS;**<br>~~**[PROPOSED]**~~ **ORDER** |

The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until July 2, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiffs filed this mandamus action seeking adjudication of their Form I-956F, Application for Approval of an Investment in a Commercial Enterprise. United States Citizenship and Immigration Services ("USCIS") issued a Notice of Intent to Deny ("NOID") on Plaintiffs' application. USCIS has

---

[1] Joseph B. Edlow is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stip. to Stay Proceedings
Case no. 5:26-cv-02312-NW                    1

received Plaintiffs' response to the NOID and is waiting to receive additional supplements and is working to schedule a biometrics appointment.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 2, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated:  June 2, 2026

Respectfully submitted[2],
CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

//
//
//

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stip. to Stay Proceedings
Case no. 5:26-cv-02312-NW                           2

Dated: June 2, 2026

*/s/ Sameer Khedekar*
SAMEER KHEDEKAR
Vanguard Visa Law

*/s/ H. Ronald Klasko*
H. RONALD KLASKO
Klasko Immigration Law Partners, LLP

Attorney for Plaintiffs

### ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   June 4, 2026

HON. NOEL WISE
United States District Judge

Stip. to Stay Proceedings
Case no. 5:26-cv-02312-NW                    3